UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESCO JACKSON,<br><br>   Plaintiff,<br><br>   v.<br><br>VEER BABU et a.,<br><br>   Defendants. | No.  2:23-cv-0034 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  On June 9, 2023, the court dismissed plaintiff's first amended complaint (ECF No. 11) for failure to state a claim and granted plaintiff thirty days to file a second amended complaint.  (ECF No. 12.)

Those thirty days have passed, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.  Accordingly, plaintiff is ordered to file a second amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.  Failure to comply with this order will result in a recommendation that this case be dismissed.

////

////

////

1

IT IS HEREBY ORDERED:

1. Within thirty days of the date of this order, plaintiff shall either file a second amended complaint or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders; and

2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  July 27, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/jack0034.fta show cause